```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF VIRGINIA
 2                   Harrisonburg Division

 3      ************************************************************

 4      PRISON LEGAL NEWS, a project of the

 5      HUMAN RIGHTS DEFENSE CENTER,

 6              Plaintiff,

 7          -vs-                        Case No. 5:15CV00061

 8      NORTHWEST REGIONAL JAIL

 9      AUTHORITY, et al.,

10              Defendants.

11      ************************************************************

12              DEPOSITION OF CLAY A. CORBIN

13              11:58 a.m. to 12:22 p.m.

14                 November 30, 2016

15                 Winchester, Virginia

16

17

18

19

20

21

22

23

24      Job No. 32111

25          REPORTED BY:  Shawna Hum Browne, RMR, CRR
```

**DEFENDANT'S EXHIBIT 1**

COPY

(fax) (434) 975-5400                Cavalier Reporting & Videography              (direct) (434) 293-3300
production@cavalier-reporting.com                                                  www.cavalier-reporting.com

Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 1 of 36   Pageid#: 752

```
 1              Deposition of CLAY A. CORBIN, taken and
 2    transcribed on behalf of the Plaintiff, by and before
 3    Shawna Hum Browne, RMR, CRR, Notary Public in and for the
 4    Commonwealth of Virginia at large, pursuant to the Rules
 5    of the Supreme Court of Virginia and by Notice to Take
 6    Deposition; commencing at 11:58 a.m., November 30, 2016,
 7    at Northwestern Regional Jail, 141 Fort Collier Road,
 8    Winchester, Virginia.
 9
10
11    APPEARANCES OF COUNSEL:
12
13              JEFFREY E. FOGEL, ATTORNEY AT LAW
14                   913 East Jefferson Street
15                   Charlottesville, Virginia   22902
16                   (434) 984-0300
17                   jeff.fogel@gmail.com
18              BY:  JEFFREY E. FOGEL, ESQUIRE
19                   Counsel for the Plaintiff
20
21
22
23
24
25
```

(fax) (434) 975-5400
production@cavalier-reporting.com

Cavalier Reporting & Videography

(direct) (434) 293-3300
www.cavalier-reporting.com

Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 2 of 36   Pageid#: 753

```
 1    APPEARANCES OF COUNSEL:

 2

 3           COOK CRAIG & FRANCUZENKO

 4                3050 Chain Bridge Road, Suite 200

 5                Fairfax, Virginia  22030

 6                (703) 865-7480

 7                alex@cookcraig.com

 8       BY:  ALEXANDER FRANCUZENKO, ESQUIRE

 9                Counsel for Defendants

10

11

12

13

14                    I N D E X

15

16    WITNESS:  CLAY A. CORBIN

17      Examination by Mr. Fogel.....................4

18

19

20                    E X H I B I T S

21      (None)

22                   *  *  *  *  *

23

24

25
```

(fax) (434) 975-5400
production@cavalier-reporting.com

Cavalier Reporting & Videography

(direct) (434) 293-3300
www.cavalier-reporting.com

Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 3 of 36   Pageid#: 754

```
 1    (11:58 a.m., November 30, 2016)

 2

 3                    CLAY A. CORBIN,

 4         was sworn and testified as follows:

 5             E X A M I N A T I O N

 6    BY MR. FOGEL:

 7         Q.    Mr. Corbin, as you know, my name is Jeff

 8    Fogel, and I represent the plaintiff, Prison Legal

 9    News, in this lawsuit.

10         A.    Yes, sir.

11         Q.    And have you been deposed before?

12         A.    No, sir.

13         Q.    You heard my description of the

14    procedures --

15         A.    Yes, sir.

16         Q.    -- to the superintendent?

17         A.    Yes, sir.

18         Q.    Did you listen to all of them?

19         A.    Yes, sir.

20         Q.    Do you have any questions?

21         A.    No, sir.

22         Q.    Okay.  So we can just proceed.

23         A.    Yes, sir.

24         Q.    And let's make this as quickly as we can for

25    both of our sakes.
```

(fax) (434) 975-5400
production@cavalier-reporting.com
Cavalier Reporting & Videography
(direct) (434) 293-3300
www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 4 of 36   Pageid#: 755

1    A.    Yes, sir.

2    Q.    For all of our sakes, rather.

3          Was there anything that the superintendent

4    said that you disagreed with?

5    A.    The only thing I said I wasn't 100 percent

6    sure if it was exactly communicated with the religious

7    material during what we call the "change." It didn't

8    freely come from the street, so it wasn't different

9    than other books.

10   Q.    You'd have to explain what you mean by that.

11   A.    The religious material was vetted by our --

12   Q.    Chaplain?

13   A.    -- Mr. Ransom.  Yes, sir.

14   Q.    Right.

15   A.    Yeah.  No one just sent something from the

16   street that we wouldn't know about.

17   Q.    Right.

18   A.    Maybe I misunderstood.

19   Q.    No.  I think I understood that --

20   A.    Okay.  That's my fault.

21   Q.    -- both from your policy and from the --

22   A.    Because we kept the same security concerns,

23   from my point of view, in security with religious

24   material because it's across the board.

25   Q.    So that security concern was both with

(fax) (434) 975-5400                                                      (direct) (434) 293-3300
production@cavalier-reporting.com    Cavalier Reporting & Videography    www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 5 of 36    Pageid#: 756

1      respect to physical concerns about what contraband may

2      be hidden, correct?

3      A.    Yes, sir.

4      Q.    As well as content?

5      A.    Yes, sir.

6      Q.    That in fact it was a religious book?

7      A.    Yes, sir.

8      Q.    And didn't have prohibited content in it?

9      A.    Yes, sir.

10     Q.    Okay. Was there any other concerns about

11    them, about the religious books?

12     A.    Not the religious books themselves. I don't

13    know if that's one of the questions.

14         But one of the things that wasn't really

15    highlighted but was one of my big concerns when we

16    first started this, and I got the feedback from all the

17    teams -- there's four teams that run the jail. Of

18    course, before being promoted, I was on one of the

19    teams, running the team. But it was taking kind of an

20    exorbitant amount of time going through all this stuff.

21     Q.    "Stuff." You're referring to?

22     A.    The publishings, you know, the magazines.

23    They have to be completely vetted, all the other

24    publishings and the packages and all that stuff. The

25    more time it takes, it kind of has a penological

(fax) (434) 975-5400
production@cavalier-reporting.com

Cavalier Reporting & Videography

(direct) (434) 293-3300
www.cavalier-reporting.com

Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 6 of 36   Pageid#: 757

```
1   interest because then it pulls away from other things
2   that's going on.
3       Q.    Right.
4       A.    And the teams were saying, you know, on the
5   weekends and the holidays that aren't observed
6   nationally, they're tasked with going through this
7   stuff.
8       Q.    Right.
9       A.    And then even with the magazines and books
10  as a safety measure, we usually go through it again
11  because twice is better than once.
12      Q.    Right.
13      A.    And they're the ones back there living in
14  there with the inmates, so they want to make sure
15  everything's good, and so they were having to vet
16  everything themselves too.  So, you know, they had come
17  to me about how much time it's been taking.  And, you
18  know, they mentioned during shakedowns they're taking a
19  lot of stuff.  Doing daily cell inspections, it was
20  requiring, you know, a lot more intensive time, which
21  pulls away from something else.  And then just the
22  concern that as you get more stuff like that, the
23  other -- the contraband things.
24            A couple things with a magazine that can be
25  done is the bigger magazines that I've seen throughout
```

(fax) (434) 975-5400                    Cavalier Reporting & Videography              (direct) (434) 293-3300
production@cavalier-reporting.com                                                     www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 7 of 36   Pageid#: 758

1  my 17 years is you roll it up and use it as a piece of

2  weight equipment because you tie something to it.  Or

3  you wet it and roll it up, and it's hard like a club.

4      Q.    Right.

5      A.    So those were the big things for me when I

6  approached the superintendent at a command staff

7  meeting, and I just had said, "Are there any

8  suggestions?"  Or what -- you know, what can be done

9  with this or -- if anything?

10     Q.    Did you have any experience with magazines

11  getting soaked with water and being used as a club?

12     A.    Over 17 years, either as an officer or as a

13  supervisor, I've encountered that, yes, sir.

14     Q.    How long have you --

15     A.    More so with the weight equipment.

16     Q.    I would imagine so.

17           How many years have you been employed here

18  at the Northwest Regional Detention Center?

19     A.    About 15 1/2 years, sir.

20     Q.    And did you start out as a correctional

21  officer?

22     A.    Yes, sir.

23     Q.    And moved up through the years to captain?

24     A.    Yes, sir.

25     Q.    Do you report directly to the

(fax) (434) 975-5400                                              (direct) (434) 293-3300
production@cavalier-reporting.com    Cavalier Reporting & Videography    www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 8 of 36    Pageid#: 759

```
 1      superintendent?

 2           A.     Yes, sir.

 3           Q.     There are no higher ranking officers than

 4      captain?

 5           A.     No, sir.

 6           Q.     Okay.  And I think -- did you work as a

 7      correctional officer before you were working here?

 8           A.     Yes, sir.  In West Virginia system.

 9           Q.     In the what?

10           A.     West Virginia Regional Jail System.  Out of

11      college I went there.

12           Q.     And did you -- you go to college in criminal

13      justice or anything like that?

14           A.     My bachelor's was political science with --

15                  (Reporter asked for clarification.)

16                  THE WITNESS:  Emphasis in criminal justice.

17      Sorry, ma'am.

18                  MR. FRANCUZENKO:  You do have to slow down

19      just a little bit.  Take a breath.

20                  THE WITNESS:  I have a tendency of talking

21      fast.

22                  MR. FRANCUZENKO:  Take a breath and slow

23      down.

24                  THE WITNESS:  My master's was from the

25      University of Cincinnati in criminal justice/public
```

(fax) (434) 975-5400                    Cavalier Reporting & Videography            (direct) (434) 293-3300
production@cavalier-reporting.com                                                  www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 9 of 36   Pageid#: 760

1    administration.

2            MR. FOGEL:  Of course, you know I'm from New

3    York, so it doesn't bother me.  Early in my career they

4    just used to tell me, because I worked -- went to New

5    Jersey -- "Stop."

6            MR. FRANCUZENKO:  Right.  But you've been in

7    Charlottesville long enough where you've slowed down.

8            MR. FOGEL:  Well, I've also gotten a little

9    older than what I was at the time.

10   BY MR. FOGEL:

11       Q.    Now, for example, you talked about the

12   additional resources that would have to be applied both

13   to reviewing periodicals, books, and magazines as they

14   came in.  And I take it that would also be applicable

15   in the context of cell searches would take longer as

16   well?

17       A.    Yes, sir.

18       Q.    Okay.  Having visitors come to the jail also

19   takes resources away from security, doesn't it?

20       A.    Yes, sir.

21       Q.    But you have visitors.

22       A.    Yes, sir.

23       Q.    And you think you should have visitors,

24   don't you?

25       A.    Yes, sir.

(fax) (434) 975-5400
production@cavalier-reporting.com
Cavalier Reporting & Videography
(direct) (434) 293-3300
www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 10 of 36   Pageid#: 761

1    Q.    You think that's important for prisoners?

2    A.    Yes, sir.

3    Q.    Do you think it's important for prisoners

4  also to have reading material?

5    A.    Yes, sir.

6    Q.    But I take it you feel that you adequately

7  compensated for that when you had the material on a

8  cart and available for distribution?

9    A.    One of the things I looked at too was

10  beforehand -- we have about 32 sections.  We had one

11  cart that went through the entire place.  So it was

12  very raggedy, so to speak.  When we implemented this,

13  we bought over a thousand books; we bought carts.

14  Every section had their cart.  Every -- we started out

15  every six to eight weeks.  We massaged that down to

16  every 30 days they got redone.  We had carts for the

17  females, carts for the males, different content.

18         And the superintendent kind of alluded to

19  it.  We actually even -- a lot of the inmates who had

20  never had access to that, they had more access because

21  they didn't have the financial means to do that.

22         One of the things I continued to do during

23  this process was allow college correspondence.  And I

24  allowed that because it's good for them to further

25  their education.  But it all went through me because

(fax) (434) 975-5400                 Cavalier Reporting & Videography              (direct) (434) 293-3300
production@cavalier-reporting.com                                                  www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 11 of 36   Pageid#: 762

1   you never had a whole lot.  We had, you know, like

2   three, four, five inmates.  The correspondence would

3   come to me.  I would vet it.  I would stamp it.  I

4   would give it to them.  When they were done with it,

5   they gave that back to me.  I would give them the next

6   one.  So, you know, we still try to let them be -- have

7   access to as much as possible, so ...

8       Q.    What's happened to the carts?

9       A.    They're still in play.

10      Q.    Oh, so you're still circulating books?

11      A.    Yes, sir.  We won't stop that.

12      Q.    Magazines, particularly for indigents.  And

13  these would all be in the dayroom?

14      A.    Yes, sir.

15            And one of the prerequisites to that was --

16  at the time was, you know, the magazines weren't to all

17  go to the cells because then a lot of times you lose

18  them.  They were to read them in the dayrooms.  So that

19  also helped the cell searches and shakedowns.  They

20  weren't being left in the cells all the time.  They

21  would get them, put them back in that fashion, so ...

22      Q.    You don't have a library I take it?

23      A.    We have an inmate worker who organizes the

24  library.  And then we have the classification sergeant

25  oversees the purchasing and the organization and that

(fax) (434) 975-5400                    Cavalier Reporting & Videography                    (direct) (434) 293-3300
production@cavalier-reporting.com                                                      www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 12 of 36   Pageid#: 763

1      stuff with the library.

2            Q.     And who chose the books for the carts?

3            A.     Some of it I used input.

4            Q.     From whom?

5            A.     From inmates.  And even with the magazines

6      sometimes, if I get a whole bunch of requests from them

7      saying I really prefer this magazine, we kind of look

8      at it.

9            Q.     Sorry.  I don't want to tell you what to do.

10     I'm just -- for the court reporter.

11           A.     Yeah.  We would kind of look at it and see.

12     You know, we would even get like People in español

13     because we didn't want to leave anybody out, or if we

14     got other requests of that nature.  But book-wise, we

15     try to cover as many genres as we could.

16           Q.     And who made those selections, then?

17           A.     Well, to my knowledge, when the

18     classification sergeant would order, some things would

19     be packages.  It would supposedly have different stuff

20     in it.  But it would be the classification sergeant

21     mainly.

22           Q.     Did you approve of the books?

23           A.     The purchasing of the books, yes, sir.  I

24     didn't see each title, so I don't know.

25           Q.     You were relying on the classification

(fax) (434) 975-5400                                                              (direct) (434) 293-3300
production@cavalier-reporting.com          Cavalier Reporting & Videography          www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH     Document 84-1     Filed 02/24/17     Page 13 of 36     Pageid#: 764

```
 1    officer to approve each title?
 2         A.    Sergeant.  Yes, sir.
 3         Q.    The sergeant?
 4         A.    Yes, sir.
 5         Q.    And for the content as well?
 6         A.    Yes, sir.
 7         Q.    Well, how many books did you have prior
 8    to --
 9         A.    To begin with?
10         Q.    -- February?
11         A.    We probably still had a good many, but a lot
12    of them hadn't been updated.  A lot of them were kind
13    of worn.  So that was the other thing was to purchase
14    new.  I'd say maybe we had around like 400 to start
15    with.
16         Q.    And after February of '14, how many did you
17    have approximately?
18         A.    I know we ordered over a thousand, so I
19    would say closer to 2,000 by that time.
20         Q.    And where did you purchase them from?
21         A.    I would have to ask her, sir.  She did all
22    the purchase recs, which we have.
23         Q.    And did somebody go through each one of
24    those books for content?
25         A.    I know each book was went through for hard
```

(fax) (434) 975-5400
production@cavalier-reporting.com

Cavalier Reporting & Videography

(direct) (434) 293-3300
www.cavalier-reporting.com

Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 14 of 36   Pageid#: 765

```
 1   security issues.  But sir, I can't say that it was went
 2   through for content.
 3        Q.    When you say "hard security issues," you
 4   mean each book was reviewed page by page to see whether
 5   anything was inserted?
 6        A.    Flipped through, sir --
 7        Q.    Just for the --
 8        A.    -- just to see, and they're softback.
 9        Q.    Okay.
10        A.    I'll give you -- kind of one example is
11   since we went back to this policy, it was in hindsight
12   found out to be an honest issue, mistake.  Someone had
13   ordered a used book, and someone else had put stuff in
14   the book as they had it.  And came in and had a
15   Polaroid, which I didn't know Polaroids were, you know.
16   But that's a big thing in corrections because you can
17   peel the Polaroids off and hide stuff in them.
18            But, you know, at first you get a Polaroid
19   and it's of a female, you're concerned where did the
20   book come from?  Is there something else in there?  But
21   through investigation, we found out it was just
22   returned that way.  It was honest.  That's the reason
23   we went through just to make sure something wasn't
24   missed.
25        Q.    And when was that?  Was that prior to
```

(fax) (434) 975-5400
production@cavalier-reporting.com
Cavalier Reporting & Videography
(direct) (434) 293-3300
www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 15 of 36   Pageid#: 766

```
 1    February of 2014?

 2         A.    This was actually since we've done the

 3    change.  When I say "change" is since after the court

 4    injunction.  Basically what we called it.

 5         Q.    And you allowed somebody to order a used

 6    book?

 7         A.    Yes, sir.

 8         Q.    From whom?

 9         A.    It wasn't anything like we actually set up

10    and said you could do it.  It just came in, and it came

11    in with a used tag on it.  But once I looked at it, and

12    it was okay.  It came from a publisher, which we

13    verified.  You know, I called them, but yeah.

14               My thing with -- I know we keep saying

15    "censorship."  Language and stuff, I don't censor that.

16    I mean, that's not my -- you read a Steven King book or

17    get anything like that, you're going to have language,

18    and they're adults.  I just looked for the pornographic

19    side of it.

20         Q.    Right.  In terms of pictures?

21         A.    Yes, sir.  Pictures.  That was -- I can't

22    say how they vet it now, but that was my thing because

23    I like books, and I think they serve a great purpose,

24    so it comes as it comes.  But that was the only thing

25    that would really ever concern me would be pictures.
```

(fax) (434) 975-5400          Cavalier Reporting & Videography          (direct) (434) 293-3300
production@cavalier-reporting.com                                      www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 16 of 36   Pageid#: 767

1    If it was some book that was way far out there that was

2    specifically trying to incite something, I may have a

3    concern, but I've never ran into that.  But that -- in

4    terms of censorship, that's kind of how my view at the

5    time was.

6         Q.    And what about magazines?

7         A.    Magazines, what we looked at was basically

8    really the same thing, was pictures.  But even before

9    this policy, the original thing, we had a disapproved

10   list and an approved list.  Once in a while a magazine

11   like Maxim may have an article, and it would be very

12   unusual, like how to escape from a correctional

13   facility.  Probably meant in jest, but that's something

14   we wouldn't have allowed because that's directly

15   enticing, you know, a riot condition or a security

16   breach.  So that would be the only thing we would look

17   at with those.  But other than that, there wasn't very

18   much censorship on what magazines we would allow.

19        Q.    How about now?  Do you have an approved and

20   disapproved list of magazines?

21        A.    I believe they do.  I mean, I've been out of

22   that for eight months.  I believe they still do.

23        Q.    And who put together that list?

24        A.    It's maintained by the captain of security

25   and also by his or her designee, the lieutenant of

(fax) (434) 975-5400                Cavalier Reporting & Videography          (direct) (434) 293-3300
production@cavalier-reporting.com                                              www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 17 of 36    Pageid#: 768

1    security and operations.

2         Q.    Okay.  But that's -- my question is, who put

3    together the list?  You say it's maintained by them.

4         A.    Well, the captain of security determines if

5    a magazine's disapproved.  But it's so rare I don't

6    even know now what --

7         Q.    Did you have any experience with doing so

8    yourself?

9         A.    I never had to disapprove any, sir, during

10   my --

11        Q.    Any magazine?

12        A.    No, sir.

13        Q.    And you didn't get pornographic magazines

14   sent to prisoners prior to 2014?

15        A.    None that came to my desk, sir.

16              I do know since we've had it, there's been a

17   couple magazines -- and I can't tell you the exact

18   name, but it's on record.  Lieutenant Ridley, who's the

19   lieutenant for Captain Saville, who now has my former

20   position, he got a magazine in, and it was very

21   revealing.  So I do know it was disallowed or

22   disapproved.  So I do know that one for a fact.

23        Q.    And there is such a list?

24        A.    I believe so, sir, yes.

25        Q.    Okay.  Was there such a list when you were

(fax) (434) 975-5400                    Cavalier Reporting & Videography               (direct) (434) 293-3300
production@cavalier-reporting.com                                                      www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 18 of 36    Pageid#: 769

1    the captain for security?

2         A.    When I first took over, yes, sir.

3         Q.    And --

4         A.    But it became this very long run-on thing.

5    It was page after page.  I don't even know how you

6    would go through it.  I don't even know how you would

7    maintain it.  Stuff would get lost on it, I mean, maybe

8    this issue.  It's like I mentioned, Maxim.  Maybe it's

9    an okay magazine, but this issue was disallowed.  If

10   you didn't keep going back, it didn't seem like it was

11   something that worked doing it that way, so I just took

12   it magazine by magazine.

13        Q.    When did you leave your position as the

14   security chief?

15        A.    This May, May like 16th of 2016.

16        Q.    And how long had you been the security

17   chief?

18        A.    Almost three -- about two and a half years.

19        Q.    And what was your position immediately

20   before that?

21        A.    I was lieutenant of a team, watch commander.

22        Q.    So you were elevated by the current

23   superintendent --

24        A.    Yes, sir.

25        Q.    -- to that position?

(fax) (434) 975-5400                    Cavalier Reporting & Videography              (direct) (434) 293-3300
production@cavalier-reporting.com                                                     www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 19 of 36    Pageid#: 770

```
1       A.      Yes, sir.
2       Q.      And I take it you got a promotion to captain
3   at that time?
4       A.      Yes, sir.
5       Q.      And your position now is?
6       A.      Captain of community corrections.
7       Q.      And what does that entail very briefly?
8       A.      All programming, work release, community
9   inmate workforce.
10      Q.      Okay.  Prior to February 2014, how many
11  books was a prisoner allowed to have in his or her
12  cell?
13      A.      We generally allow no more than five.
14      Q.      Books?
15      A.      Yes, sir.
16      Q.      And would that include religious books and
17  educational books, or were they separate from that?
18      A.      They were generally separate.
19      Q.      Okay.  And how many would you be allowed of
20  religious books?
21      A.      I don't know that specific policy beforehand
22  because I don't think we ever really ran into anyone
23  having multiple religious books that created an issue.
24      Q.      And how about educational books, which you
25  were responsible for?
```

(fax) (434) 975-5400
production@cavalier-reporting.com
Cavalier Reporting & Videography
(direct) (434) 293-3300
www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 20 of 36   Pageid#: 771

1    A.    Yeah.  I kept it under the same guise.  You

2    know, we were allowing two books.  I didn't count -- I

3    counted them as additional.

4    Q.    Right.

5    A.    But I would never give them more than two at

6    a time.  That's why I kept them.  And then they would

7    give them back to me, and I'd switch them out once they

8    completed the course.

9    Q.    So theoretically, people could have at least

10   eight books at that time?

11   A.    Yes, sir.

12   Q.    Five books, one religious book at least

13   perhaps?

14   A.    Yes, sir.

15   Q.    And two educational books?

16   A.    Yes, sir.

17   Q.    That would be the maximum?

18   A.    Yes, sir.

19   Q.    And what about magazines?

20   A.    Did you -- just let me make sure I was

21   understanding because I was talking to you.  Are we

22   talking about pre-2014 February?

23   Q.    Yeah.

24   A.    I don't know that we had any restriction on

25   magazines.  We could very well have but --

(fax) (434) 975-5400                    Cavalier Reporting & Videography              (direct) (434) 293-3300
production@cavalier-reporting.com                                                     www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 21 of 36   Pageid#: 772

1      Q.     On the numbers?

2      A.     Yes, sir.  I'm not sure we did, but I can't

3   say.

4      Q.     Do you recall how many prisoners,

5   approximately again, had subscriptions to magazines

6   prior to February 2014?

7      A.     No, sir.  I mean, I would say a significant

8   amount, but I don't know the ...

9      Q.     And newspapers, people were allowed to

10   subscribe to newspapers, were they not?

11      A.     Yes, sir.  It's far less.  But you know, in

12   an average housing unit, I'd say like five or seven

13   inmates out of a housing unit of, say, 60.

14      Q.     But that's a daily publication, correct?

15      A.     Yes, sir.  I guess some are.  Some are

16   weekly.

17      Q.     With respect to the daily publications, how

18   many would you allow them to keep; do you know?

19      A.     You mean of a specific magazine -- I mean

20   specific newspaper?

21      Q.     Yes.

22      A.     One of the things I think we looked at was

23   they couldn't accumulate them for more than three days.

24      Q.     The newspapers?

25      A.     Yes, sir.

(fax) (434) 975-5400                    Cavalier Reporting & Videography                    (direct) (434) 293-3300
production@cavalier-reporting.com                                                            www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 22 of 36   Pageid#: 773

1    Q.    But there was no such restriction on

2    magazines?

3    A.    No, sir.

4    Q.    They could keep a whole year's --

5    A.    Prior to, yes, sir.

6    Q.    Did that fact present a problem for you,

7    that you -- of what you allowed prisoners to have?

8    Prior again to February '14.

9    A.    That's kind of -- I think from what you're

10   saying, that's kind of what I was getting at with the

11   cell inspections and the shakedowns.  It became hard to

12   do a thorough cell inspection, which is a lot different

13   than a shakedown.  That's just a quick walk-through,

14   browse.  And then the shakedown is when we actually go

15   through everything, and that's the two places I saw it

16   affect most, storage.

17   Q.    But that policy had been in effect when you

18   first came here?

19   A.    Yes, sir.

20   Q.    The policy that existed prior to

21   February 2014?

22   A.    Yes, sir.

23   Q.    So you had been here some 13 years with that

24   policy in place?

25   A.    Yes, sir.

(fax) (434) 975-5400                    Cavalier Reporting & Videography          (direct) (434) 293-3300
production@cavalier-reporting.com                                                www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 23 of 36    Pageid#: 774

1    Q.    Did things change that made you feel that
2 this was now a burden that it wasn't?
3    A.    Absolutely.  When I came here, there was 325
4 inmates.
5    Q.    Right.
6    A.    Now there's 700.  So that's twice as much.
7    Q.    Right.
8    A.    In the same space, that's twice as much
9 material.
10    Q.    Right.  And you've doubled your staff, I
11 take it?
12    A.    To me, my opinion was it seemed like there's
13 just more magazines in general in society.  But it
14 seems like there was more magazines coming in.  I don't
15 know the reason for that, but it seemed like we were
16 getting more magazines.
17    Q.    I take it you about doubled your staff
18 during that period of time as well?
19    A.    I'd say it's -- we haven't really doubled.
20 To my knowledge, we're still always kind of
21 understaffed from the DOC surveys.
22    Q.    Right.
23    A.    So we just kind of learned to be more
24 efficient and do with what we can.
25    Q.    So you worked as a correctional officer,

(fax) (434) 975-5400                    Cavalier Reporting & Videography                    (direct) (434) 293-3300
production@cavalier-reporting.com                                                              www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 24 of 36    Pageid#: 775

1    correct?

2         A.    Yes, sir.

3         Q.    And you had some responsibility for

4    distributing mail, including newspapers, magazines, and

5    books, correct?

6         A.    Yes, sir.

7         Q.    So they would be presented to you.  I guess

8    you might be a wing officer.  I'm not sure how they

9    characterize it here.  Like a wing officer?

10        A.    Security officer, yeah.  You're the rover.

11        Q.    And they would be presented to you by the

12   secretarial staff for the prisoners in your -- within

13   your supervision?

14        A.    The way they -- I don't think it's really

15   ever changed over the years.  The format's always been

16   they go through it during the day.  We hold roll call

17   next door, and it's setting out by the housing unit.

18   So if I was working housing unit 2AB, at the end of

19   roll call, I would go up and get my 2AB material.

20        Q.    Were any of those materials opened with the

21   letters, magazines?

22        A.    Prior to?

23        Q.    Yes.  Prior to 2014.

24        A.    I mean, prior to me dispensing them, no,

25   sir.

(fax) (434) 975-5400
production@cavalier-reporting.com
Cavalier Reporting & Videography
(direct) (434) 293-3300
www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 25 of 36    Pageid#: 776

1      Q.    Oh, I see.  Yeah, that was really my
2   question.  Thank you.
3      A.    No, sir.  They were never opened.
4      Q.    So you would open the letters?
5      A.    Yes, sir.
6      Q.    And you never looked at them for content.
7      A.    No, sir.  Other than just to see, was
8   something unusual in appearance?
9      Q.    Just physically unusual?
10      A.    Yes, sir.
11      Q.    And same thing for magazines, newspapers,
12   and books?
13      A.    Yes, sir.  I just quickly leaf through it.
14      Q.    To see whether there was anything inside?
15      A.    Yes, sir.
16      Q.    But you did have to look at it for content,
17   didn't you?
18      A.    That was kind of what I was -- I was leafing
19   through it for pictures or whatever, but yes, sir.
20      Q.    So that wasn't a major concern?
21      A.    No, sir.
22      Q.    At that time.
23            Did you agree with the superintendent that
24   the problem with drugs became increasingly problematic
25   for the detention center?

(fax) (434) 975-5400                    Cavalier Reporting & Videography               (direct) (434) 293-3300
production@cavalier-reporting.com                                                      www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 26 of 36    Pageid#: 777

1    A.    Yes, sir.  The nature of it and the means of
2  getting it in has definitely changed over the --
3    Q.    Were you aware of any books, magazines, or
4  newspapers that came from the publisher or distributor
5  that contained contraband?
6    A.    Directly from the publisher, no, sir.  But
7  he is correct when he mentions some people have tried
8  to duplicate the appearance of it coming from the
9  manufacturer, which would have created an issue.  But
10  any direct experience with that here, none that I could
11  say.
12    Q.    Okay.  Since the policy -- since we were in
13  court and the policy changed again -- and that would
14  have been this year, let's just call it 2016 -- how
15  many books are prisoners allowed to have in their cell?
16    A.    We started out with two, but we've actually
17  changed it to three because once we ironed out the
18  kinks because there's a lot of procedural stuff that
19  come along with this change.  We got comfortable with
20  that, then we've upped it to three.
21          And that doesn't count if you have a program
22  book, like from one of the internal programs we do.
23  That doesn't count that, so it doesn't take away from
24  that.
25    Q.    So that's the educational books you referred

(fax) (434) 975-5400                 Cavalier Reporting & Videography              (direct) (434) 293-3300
production@cavalier-reporting.com                                                  www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 27 of 36   Pageid#: 778

1    to?

2         A.    Yes, sir.  Well, you know, educational is

3    two things.  It can be the internal program they're

4    doing, but it could be college correspondence too.

5         Q.    And I take it that the religious books are

6    also outside that limitation, three books?

7         A.    Yes, sir.

8         Q.    I was going to make a bad joke about -- and

9    I'm going to do it, about you were "ironing out the

10   kinks."

11        A.    Yes, sir.

12        Q.    And I thought you didn't allow music in

13   here.

14        A.    Radios.

15        Q.    I don't know whether you're old enough to

16   remember The Kinks?

17        A.    I've heard of the name.

18        Q.    Popular group from England just after The

19   Beatles.

20              What about magazines since 2016?  How many

21   magazines do you allow?

22        A.    It's went to -- we have a three and five

23   policy.  Three books, five magazines.

24        Q.    At a time?

25        A.    Yes, sir.  And we still have the magazines

(fax) (434) 975-5400                Cavalier Reporting & Videography        (direct) (434) 293-3300
production@cavalier-reporting.com                                           www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 28 of 36   Pageid#: 779

1   on the book cart too.

2        Q.    Right.  And newspapers, is it the same as it

3   was --

4        A.    Yes, sir.

5        Q.    -- three days?

6        A.    Yes, sir.

7        Q.    Since 2016 and the most recent change, have

8   you seen any problem with allowing books into cells?

9        A.    No, sir.  It's been pretty smooth.

10        Q.    And magazines?

11        A.    Yes, sir.

12        Q.    And newspapers?

13        A.    Yes, sir.

14        Q.    And do you still feel that there's a problem

15   with resources having to be applied to this process of

16   reviewing them or doing either cursory or full searches

17   of cells?

18        A.    It takes more work, but it's a good thing

19   because I feel like we have more control over now than

20   what we did.  So it serves us and the inmates, I think,

21   so that more work is warranted.

22        Q.    I'm trying to remember whether there was

23   anything else that the superintendent pointed to you at

24   and said --

25        A.    I know the book question.

(fax) (434) 975-5400                    Cavalier Reporting & Videography                    (direct) (434) 293-3300
production@cavalier-reporting.com                                                        www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 29 of 36    Pageid#: 780

1          MR. FRANCUZENKO:  Don't worry.  Don't do his

2     job.

3     BY MR. FOGEL:

4          Q.     Do you recall?  I can ask him if he recalls

5     that the superintendent pointed to you and said, "You

6     would know better than me."

7          A.     No, sir.  That was the main thing.

8          MR. FOGEL:  I have no further questions.

9     Thank you very much.

10         MR. FRANCUZENKO:  I have no questions.

11         We'll read.

12         (Deposition concluded at 12:22 p.m.)

13         (Signature reserved.)

14

15                    *  *  *  *  *

16

17

18

19

20

21

22

23

24

25

(fax) (434) 975-5400                    Cavalier Reporting & Videography              (direct) (434) 293-3300
production@cavalier-reporting.com                                                    www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 30 of 36   Pageid#: 781

1    COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2         I, Shawna Hum Browne, RMR, CRR, Notary Public in

3    and for the Commonwealth of Virginia at Large, and whose

4    commission expires on August 31, 2018, do certify that the

5    aforementioned appeared before me, was sworn by me, and

6    was thereupon examined by counsel; and that the foregoing

7    is a true, correct, and full transcript of the testimony

8    adduced.

9         I further certify that I am neither related to nor

10   associated with any counsel or party to this proceeding,

11   nor otherwise interested in the event thereof.

12        Given under my hand and notarial seal at

13   Charlottesville, Virginia, this 3rd day of December, 2016.

14

15

16

17

18

19

20   _____

21        Shawna Hum Browne, RMR, CRR

22     Notary Public Registration No. 302535

23        Commonwealth of Virginia at Large

24

25   Job No. 32111

(fax) (434) 975-5400                Cavalier Reporting & Videography              (direct) (434) 293-3300
production@cavalier-reporting.com                                             www.cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 31 of 36    Pageid#: 782

**A**
Absolutely 24:3
access 11:20,20
  12:7
accumulate
  22:23
accurate 31:10
additional 10:12
  21:3
adduced 34:8
adequately 11:6
administration
  10:1
adults 16:18
affect 23:16
aforementioned
  34:5
agree 26:23
al 1:9
ALEXANDER
  3:8
alex@cookcrai...
  3:7
allow 11:23
  17:18 20:13
  22:18 28:12,21
allowed 11:24
  16:5 17:14
  20:11,19 22:9
  23:7 27:15
allowing 21:2
  29:8
alluded 11:18
amount 6:20
  22:8
and/or 31:11
anybody 13:13
appearance 26:8
  27:8
APPEARANC...
  2:11 3:1
appeared 34:5
applicable 10:14
applied 10:12
  29:15
approached 8:6
approve 13:22
  14:1
approved 17:10
  17:19
approximately
  14:17 22:5
article 17:11
asked 9:15

associated 34:10
**ATTORNEY**
  2:13
August 34:4
Authority 1:9
  31:3
available 11:8
average 22:12
aware 27:3
a.m 1:13 2:6 4:1

**B**
B 3:20
bachelor's 9:14
back 7:13 12:5
  12:21 15:11
  19:10 21:7
bad 28:8
basically 16:4
  17:7
Beatles 28:19
behalf 2:2
believe 17:21,22
  18:24
better 7:11 30:6
big 6:15 8:5
  15:16
bigger 7:25
bit 9:19
board 5:24
book 6:6 14:25
  15:4,13,14,20
  16:6,16 17:1
  21:12 27:22
  29:1,25
books 5:9 6:11
  6:12 7:9 10:13
  11:13 12:10
  13:2,22,23
  14:7,24 16:23
  20:11,14,16,17
  20:20,23,24
  21:2,10,12,15
  25:5 26:12
  27:3,15,25
  28:5,6,23 29:8
book-wise 13:14
bother 10:3
bought 11:13,13
breach 17:16
breath 9:19,22
Bridge 3:4
briefly 20:7
Browne 1:25 2:3

34:2,21
browse 23:14
bunch 13:6
burden 24:2

**C**
call 5:7 25:16,19
  27:14
called 16:4,13
captain 8:23 9:4
  17:24 18:4,19
  19:1 20:2,6
Caption 31:3
captioned 31:9
career 10:3
cart 11:8,11,14
  29:1
carts 11:13,16,17
  12:8 13:2
Case 1:7 31:3
cell 7:19 10:15
  12:19 20:12
  23:11,12 27:15
cells 12:17,20
  29:8,17
censor 16:15
censorship 16:15
  17:4,18
center 1:5 8:18
  26:25
certify 34:4,9
Chain 3:4
change 5:7 16:3
  16:3 24:1
  27:19 29:7
  32:3,5,6,8,9,11
  32:12,14,15,17
  32:18,20,21,23
  33:3,5,6,8,9,11
  33:12,14,15,17
  33:18,20,21,23
changed 25:15
  27:2,13,17
changes 31:10,13
Chaplain 5:12
characterize
  25:9
Charlottesville
  2:15 10:7
  34:13
chief 19:14,17
chose 13:2
Cincinnati 9:25
circulating 12:10

clarification
  9:15
classification
  12:24 13:18,20
  13:25
CLAY 1:12 2:1
  3:16 4:3 31:2
  31:17 32:25
  33:25
closer 14:19
club 8:3,11
college 9:11,12
  11:23 28:4
Collier 2:7
come 5:8 7:16
  10:18 12:3
  15:20 27:19
comes 16:24,24
comfortable
  27:19
coming 24:14
  27:8
command 8:6
commander
  19:21
commencing 2:6
commission
  31:24 34:4
Commonwealth
  2:4 34:1,3,23
communicated
  5:6
community 20:6
  20:8
compensated
  11:7
completed 21:8
completely 6:23
concern 5:25
  7:22 16:25
  17:3 26:20
concerned 15:19
concerns 5:22
  6:1,10,15
concluded 30:12
condition 17:15
contained 27:5
content 6:4,8
  11:17 14:5,24
  15:2 26:6,16
context 10:15
continued 11:22
contraband 6:1
  7:23 27:5

control 29:19
COOK 3:3
Corbin 1:12 2:1
  3:16 4:3,7 31:2
  31:17 32:25
  33:25
correct 6:2 22:14
  25:1,5 27:7
  34:7
correctional
  8:20 9:7 17:12
  24:25
corrections
  15:16 20:6
  31:11
correspondence
  11:23 12:2
  28:4
counsel 2:11,19
  3:1,9 34:6,10
count 21:2 27:21
  27:23
counted 21:3
couple 7:24
  18:17
course 6:18 10:2
  21:8
court 1:1 2:5
  13:10 16:3
  27:13
cover 13:15
CRAIG 3:3
created 20:23
  27:9
criminal 9:12,16
  9:25
CRR 1:25 2:3
  34:2,21
current 19:22
cursory 29:16

**D**
D 3:14
daily 7:19 22:14
  22:17
Date 31:4 32:24
  33:24
day 25:16 31:14
  31:19 34:13
dayroom 12:13
dayrooms 12:18
days 11:16 22:23
  29:5
December 34:13

**DECLARATI...**
  31:6
declare 31:7
Defendants 1:10
  2:9
DEFENSE 1:5
definitely 27:2
deposed 4:11
Deposition 1:12
  2:1,6 30:12
  31:1,4,8,12
  32:1 33:1
description 4:13
designee 17:25
desk 18:15
detention 8:18
  26:25
determines 18:4
different 5:8
  11:17 13:19
  23:12
direct 27:10
directly 8:25
  17:14 27:6
disagreed 5:4
disallowed 18:21
  19:9
disapprove 18:9
disapproved
  17:9,20 18:5
  18:22
dispensing 25:24
distributing 25:4
distribution 11:8
distributor 27:4
DISTRICT 1:1,1
Division 1:2
DOC 24:21
doing 7:19 18:7
  19:11 28:4
  29:16
door 25:17
doubled 24:10
  24:17,19
drugs 26:24
duplicate 27:8

**E**
E 2:13,18 3:14
  3:20 4:5
Early 10:3
East 2:14
education 11:25
educational

(fax) (434) 975-5400
production@cavalier-reporting.com
Case 5:15-cv-00061-EKD-JCH

Cavalier Reporting & Videography

(direct) (434) 293-3300
www.cavalier-reporting.com

Document 84-1   Filed 02/24/17   Page 32 of 36   Pageid#: 783

20:17,24 21:15
27:25 28:2
**effect** 23:17
**efficient** 24:24
**eight** 11:15
17:22 21:10
**either** 8:12 29:16
**elevated** 19:22
**Emphasis** 9:16
**employed** 8:17
**encountered**
8:13
**England** 28:18
**entail** 20:7
**enticing** 17:15
**entire** 11:11 31:8
**equipment** 8:2
8:15
**ERRATA** 31:1
31:12 32:1
33:1
**escape** 17:12
**español** 13:12
**ESQUIRE** 2:18
3:8
**et** 1:9
**event** 34:11
**everything's**
7:15
**exact** 18:17
**exactly** 5:6
**Examination**
3:17
**examined** 34:6
**example** 10:11
15:10
**existed** 23:20
**exorbitant** 6:20
**experience** 8:10
18:7 27:10
**expires** 31:24
34:4
**explain** 5:10

_____
**F**
_____
**facility** 17:13
**fact** 6:6 18:22
23:6
**Fairfax** 3:5
**far** 17:1 22:11
**fashion** 12:21
**fast** 9:21
**fault** 5:20
**February** 14:10

14:16 16:1
20:10 21:22
22:6 23:8,21
**feedback** 6:16
**feel** 11:6 24:1
29:14,19
**female** 15:19
**females** 11:17
**financial** 11:21
**first** 6:16 15:18
19:2 23:18
**five** 12:2 20:13
21:12 22:12
28:22,23
**Flipped** 15:6
**Fogel** 2:13,18
3:17 4:6,8 10:2
10:8,10 30:3,8
**follows** 4:4
**foregoing** 34:6
**format's** 25:15
**former** 18:19
**Fort** 2:7
**found** 15:12,21
**four** 6:17 12:2
**FRANCUZEN...**
3:3,8 9:18,22
10:6 30:1,10
**freely** 5:8
**full** 29:16 34:7
**further** 11:24
30:8 34:9

_____
**G**
_____
**general** 24:13
**generally** 20:13
20:18
**genres** 13:15
**getting** 8:11
23:10 24:16
27:2
**give** 12:4,5 15:10
21:5,7
**Given** 34:12
**go** 7:10 9:12
12:17 14:23
19:6 23:14
25:16,19
**going** 6:20 7:2,6
16:17 19:10
28:8,9
**good** 7:15 11:24
14:11 29:18
**gotten** 10:8

**great** 16:23
**group** 28:18
**guess** 22:15 25:7
**guise** 21:1

_____
**H**
_____
**H** 3:20
**half** 19:18
**hand** 34:12
**happened** 12:8
**hard** 8:3 14:25
15:3 23:11
Harrisonburg
1:2
**heard** 4:13 28:17
**helped** 12:19
**hereof** 31:12
**hidden** 6:2
**hide** 15:17
**higher** 9:3
**highlighted** 6:15
**hindsight** 15:11
**hold** 25:16
**holidays** 7:5
**honest** 15:12,22
**housing** 22:12,13
25:17,18
**Hum** 1:25 2:3
34:2,21
**HUMAN** 1:5

_____
**I**
_____
**imagine** 8:16
**immediately**
19:19
**implemented**
11:12
**important** 11:1,3
**incite** 17:2
**include** 20:16
**including** 25:4
**increasingly**
26:24
**indicated** 31:11
**indigents** 12:12
**injunction** 16:4
**inmate** 12:23
20:9
**inmates** 7:14
11:19 12:2
13:5 22:13
24:4 29:20
**input** 13:3
**inserted** 15:5

**inside** 26:14
**inspection** 23:12
**inspections** 7:19
23:11
**intensive** 7:20
**interest** 7:1
**interested** 34:11
**internal** 27:22
28:3
**investigation**
15:21
**ironed** 27:17
**ironing** 28:9
**issue** 15:12 19:8
19:9 20:23
27:9
**issues** 15:1,3

_____
**J**
_____
**jail** 1:8 2:7 6:17
9:10 10:18
31:3
**Jeff** 4:7
**Jefferson** 2:14
**JEFFREY** 2:13
2:18
**jeff.fogel@gm...**
2:17
**Jersey** 10:5
**jest** 17:13
**job** 1:24 30:2
31:2 34:25
**joke** 28:8
**justice** 9:13,16
**justice/public**
9:25

_____
**K**
_____
**keep** 16:14 19:10
22:18 23:4
**kept** 5:22 21:1,6
**kind** 6:19,25
11:18 13:7,11
14:12 15:10
17:4 23:9,10
24:20,23 26:18
**King** 16:16
**kinks** 27:18
28:10,16
**know** 4:7 5:16
6:13,22 7:4,16
7:18,20 8:8
10:2 12:1,6,16
13:12,24 14:18

14:25 15:15,15
15:18 16:13,14
17:15 18:6,16
18:21,22 19:5
19:6 20:21
21:2,24 22:8
22:11,18 24:15
28:2,15 29:25
30:6
**knowledge** 13:17
14:20

_____
**L**
_____
**language** 16:15
16:17
**large** 2:4 34:1,3
34:23
**LAW** 2:13
**lawsuit** 4:9
**leaf** 26:13
**leafing** 26:18
**learned** 24:23
**leave** 13:13
19:13
**left** 12:20
**Legal** 1:4 4:8
31:3
**letters** 25:21
26:4
**let's** 4:24 27:14
**library** 12:22,24
13:1
**lieutenant** 17:25
18:18,19 19:21
**limitation** 28:6
**Line** 32:3,6,9,12
32:15,18,21
33:3,6,9,12,15
33:18,21
**list** 17:10,10,20
17:23 18:3,23
18:25
**listen** 4:18
**little** 9:19 10:8
**living** 7:13
**long** 8:14 10:7
19:4,16
**longer** 10:15
**look** 13:7,11
17:16 26:16
**looked** 11:9
16:11,18 17:7
22:22 26:6
**lose** 12:17

**lost** 19:7
**lot** 7:19,20 11:19
12:1,17 14:11
14:12 23:12
27:18

_____
**M**
_____
**M** 4:5
**magazine** 7:24
13:7 17:10
18:11,20 19:9
19:12,12 22:19
**magazines** 6:22
7:9,25 8:10
10:13 12:12,16
13:5 17:6,7,18
17:20 18:13,17
21:19,25 22:5
23:2 24:13,14
24:16 25:4,21
26:11 27:3
28:20,21,23,25
29:10
**magazine's** 18:5
**mail** 25:4
**main** 30:7
**maintain** 19:7
**maintained**
17:24 18:3
**major** 26:20
**males** 11:17
**manufacturer**
27:9
**massaged** 11:15
**master's** 9:24
**material** 5:7,11
5:24 11:4,7
24:9 25:19
**materials** 25:20
**matter** 31:9
**Maxim** 17:11
19:8
**maximum** 21:17
**ma'am** 9:17
**mean** 5:10 15:4
16:16 17:21
19:7 22:7,19
22:19 25:24
**means** 11:21
27:1
**meant** 17:13
**measure** 7:10
**meeting** 8:7
**mentioned** 7:18

(fax) (434) 975-5400
production@cavalier-reporting.com

Cavalier Reporting & Videography

(direct) (434) 293-3300
www.cavalier-reporting.com

Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 33 of 36    PageID#: 784

19:8
mentions 27:7
missed 15:24
mistake 15:12
misunderstood
 5:18
months 17:22
moved 8:23
multiple 20:23
music 28:12

**N**

N 3:14 4:5,5
name 4:7 18:18
 28:17
nationally 7:6
nature 13:14
 27:1
neither 34:9
never 11:20 12:1
 17:3 18:9 21:5
 26:3,6
new 10:2,4 14:14
News 1:4 4:9
 31:3
newspaper 22:20
newspapers 22:9
 22:10,24 25:4
 26:11 27:4
 29:2,12
Northwest 1:8
 8:18 31:3
Northwestern
 2:7
notarial 34:12
Notary 2:3 31:23
 31:25 34:2,22
Notice 2:5
November 1:14
 2:6 4:1 31:4
numbers 22:1

**O**

O 4:5
oath 31:13
observed 7:5
offer 31:13
officer 8:12,21
 9:7 14:1 24:25
 25:8,9,10
officers 9:3
Oh 12:10 26:1
okay 4:22 5:20
 6:10 9:6 10:18

15:9 16:12
18:2,25 19:9
20:10,19 27:12
old 28:15
older 10:9
once 7:11 16:11
 17:10 21:7
 27:17
ones 7:13
open 26:4
opened 25:20
 26:3
operations 18:1
opinion 24:12
order 13:18 16:5
ordered 14:18
 15:13
organization
 12:25
organizes 12:23
original 17:9
outside 28:6
oversees 12:25

**P**

packages 6:24
 13:19
page 15:4,4 19:5
 19:5 32:3,6,9
 32:12,15,18,21
 33:3,6,9,12,15
 33:18,21
particularly
 12:12
party 34:10
peel 15:17
penalty 31:6,7
penological 6:25
people 13:12
 21:9 22:9 27:7
percent 5:5
period 24:18
periodicals
 10:13
perjury 31:6,7
physical 6:1
physically 26:9
pictures 16:20
 16:21,25 17:8
 26:19
piece 8:1
place 11:11
 23:24
places 23:15

plaintiff 1:6 2:2
 2:19 4:8
play 12:9
point 5:23
pointed 29:23
 30:5
Polaroid 15:15
 15:18
Polaroids 15:15
 15:17
policy 5:21 15:11
 17:9 20:21
 23:17,20,24
 27:12,13 28:23
political 9:14
Popular 28:18
pornographic
 16:18 18:13
position 18:20
 19:13,19,25
 20:5
possible 12:7
prefer 13:7
prerequisites
 12:15
present 23:6
presented 25:7
 25:11
pretty 29:9
pre-2014 21:22
prior 14:7 15:25
 18:14 20:10
 22:6 23:5,8,20
 25:22,23,24
Prison 1:4 4:8
 31:3
prisoner 20:11
prisoners 11:1,3
 18:14 22:4
 23:7 25:12
 27:15
probably 14:11
 17:13
problem 23:6
 26:24 29:8,14
problematic
 26:24
procedural
 27:18
procedures 4:14
proceed 4:22
proceeding
 34:10
process 11:23

29:15
program 27:21
 28:3
programming
 20:8
programs 27:22
prohibited 6:8
project 1:4
promoted 6:18
promotion 20:2
Public 2:3 31:23
 31:25 34:2,22
publication
 22:14
publications
 22:17
publisher 16:12
 27:4,6
publishings 6:22
 6:24
pulls 7:1,21
purchase 14:13
 14:20,22
purchasing
 12:25 13:23
purpose 16:23
pursuant 2:4
put 12:21 15:13
 17:23 18:2
p.m 1:13 30:12

**Q**

question 18:2
 26:2 29:25
questions 4:20
 6:13 30:8,10
quick 23:13
quickly 4:24
 26:13

**R**

Radios 28:14
raggedy 11:12
ran 17:3 20:22
ranking 9:3
Ransom 5:13
rare 18:5
read 12:18 16:16
 30:11 31:7,9
reading 11:4
really 6:14 13:7
 16:25 17:8
 20:22 24:19
 25:14 26:1

reason 15:22
 24:15 32:5,8
 32:11,14,17,20
 32:23 33:5,8
 33:11,14,17,20
 33:23
recall 22:4 30:4
recalls 30:4
record 18:18
recs 14:22
redone 11:16
referred 27:25
referring 6:21
Regional 1:8 2:7
 8:18 9:10 31:3
Registration
 31:25 34:22
related 34:9
release 20:8
religious 5:6,11
 5:23 6:6,11,12
 20:16,20,23
 21:12 28:5
relying 13:25
remember 28:16
 29:22
report 8:25
REPORTED
 1:25
reporter 9:15
 13:10
represent 4:8
requests 13:6,14
requiring 7:20
reserved 30:3
resources 10:12
 10:19 29:15
respect 6:1 22:17
responsibility
 25:3
responsible
 20:25
restriction 21:24
 23:1
returned 15:22
revealing 18:21
reviewed 15:4
reviewing 10:13
 29:16
Ridley 18:18
Right 5:14,17
 7:3,8,12 8:4
 10:6 16:20
 21:4 24:5,7,10

24:22 29:2
RIGHTS 1:5
riot 17:15
RMR 1:25 2:3
 34:2,21
Road 2:7 3:4
roll 8:1,3 25:16
 25:19
rover 25:10
Rules 2:4
run 6:17
running 6:19
run-on 19:4

**S**

S 3:20
safety 7:10
sakes 4:25 5:2
save 31:10
Saville 18:19
saw 23:15
saying 7:4 13:7
 16:14 23:10
science 9:14
seal 34:12
searches 10:15
 12:19 29:16
secretarial 25:12
section 11:14
sections 11:4
security 5:22,23
 5:25 10:19
 15:1,3 17:15
 17:24 18:1,4
 19:1,14,16
 25:10
see 13:11,24 15:4
 15:8 26:1,7,14
 29:8
seen 7:25 29:8
selections 13:16
sent 5:15 18:14
separate 20:17
 20:18
sergeant 12:24
 13:18,20 14:2
 14:3
serve 16:23
serves 29:20
set 16:9
setting 25:17
seven 22:12
shakedown
 23:13,14
shakedowns 7:18

(fax) (434) 975-5400
production@cavalier-reporting.com

Cavalier Reporting & Videography

(direct) (434) 293-3300
www.cavalier-reporting.com

Case 5:15-cv-00061-EKD-JCH   Document 84-1   Filed 02/24/17   Page 34 of 36   Pageid#: 785

12:19 23:11
**Shawna** 1:25 2:3
  34:2,21
**SHEET** 31:1,12
  32:1 33:1
**side** 16:19
**Signature** 30:13
  32:24 33:24
**Signed** 31:14
**significant** 22:7
**sir** 4:10,12,15,17
  4:19,21,23 5:1
  5:13 6:3,5,7,9
  8:13,19,22,24
  9:2,5,8 10:17
  10:20,22,25
  11:2,5 12:11
  12:14 13:23
  14:2,4,6,21
  15:1,6 16:7,21
  18:9,12,15,24
  19:2,24 20:1,4
  20:15 21:11,14
  21:16,18 22:2
  22:7,11,15,25
  23:3,5,19,22
  23:25 25:2,6
  25:25 26:3,5,7
  26:10,13,15,19
  26:21 27:1,6
  28:2,7,11,25
  29:4,6,9,11,13
  30:7
**six** 11:15
**slow** 9:18,22
**slowed** 10:7
**smooth** 29:9
**soaked** 8:11
**society** 24:13
**softback** 15:8
**somebody** 14:23
  16:5
**Sorry** 9:17 13:9
**space** 24:8
**speak** 11:12
**specific** 20:21
  22:19,20
**specifically** 17:2
**staff** 8:6 24:10
  24:17 25:12
**stamp** 12:3
**start** 8:20 14:14
**started** 6:16
  11:14 27:16

**STATES** 1:1
**Steven** 16:16
**stop** 10:5 12:11
**storage** 23:16
**street** 2:14 5:8
  5:16
**stuff** 6:20,21,24
  7:7,19,22 13:1
  13:19 15:13,17
  16:15 19:7
  27:18
**subscribe** 22:10
**Subscribed**
  31:19
**subscriptions**
  22:5
**suggestions** 8:8
**Suite** 3:4
**superintendent**
  4:16 5:3 8:6
  9:1 11:18
  19:23 26:23
  29:23 30:5
**supervision**
  25:13
**supervisor** 8:13
**supposedly**
  13:19
**Supreme** 2:5
**sure** 5:6 7:14
  15:23 21:20
  22:2 25:8
**surveys** 24:21
**switch** 21:7
**sworn** 4:4 31:19
  34:5
**system** 9:8,10

**T**

**T** 3:20 4:5
**tag** 16:11
**take** 2:5 9:19,22
  10:14,15 11:6
  12:22 20:2
  24:11,17 27:23
  28:5
**taken** 2:1 31:8
**takes** 6:25 10:19
  29:18
**talked** 10:11
**talking** 9:20
  21:21,22
**tasked** 7:6
**team** 6:19 19:21

**teams** 6:17,17,19
  7:4
**tell** 10:4 13:9
  18:17
**tendency** 9:20
**terms** 16:20 17:4
**testified** 4:4
**testimony** 34:7
**Thank** 26:2 30:9
**theoretically**
  21:9
**thereof** 34:11
**thing** 5:5 14:13
  15:16 16:14,22
  16:24 17:8,9
  17:16 19:4
  26:11 29:18
  30:7
**things** 6:14 7:1
  7:23,24 8:5
  11:9,22 13:18
  22:22 24:1
  28:3
**think** 5:19 9:6
  10:23 11:1,3
  16:23 20:22
  22:22 23:9
  25:14 29:20
**thorough** 23:12
**thought** 28:12
**thousand** 11:13
  14:18
**three** 12:2 19:18
  22:23 27:17,20
  28:6,22,23
  29:5
**tie** 8:2
**time** 6:20,25
  7:17,20 10:9
  12:16,20 14:19
  17:5 20:3 21:6
  21:10 24:18
  26:22 28:24
**times** 12:17
**title** 13:24 14:1
**transcribed** 2:2
**transcript** 31:8
  34:7
**tried** 27:7
**true** 31:10 34:7
**try** 12:6 13:15
**trying** 17:2
  29:22
**twice** 7:11 24:6,8

**two** 19:18 21:2,5
  21:15 23:15
  27:16 28:3

**U**

**understaffed**
  24:21
**understanding**
  21:21 31:12
**understood** 5:19
**unit** 22:12,13
  25:17,18
**UNITED** 1:1
**University** 9:25
**unusual** 17:12
  26:8,9
**updated** 14:12
**upped** 27:20
**use** 8:1
**usually** 7:10

**V**

**v** 31:3
**verified** 16:13
**vet** 7:15 12:3
  16:22
**vetted** 5:11 6:23
**view** 5:23 17:4
**Virginia** 1:1,15
  2:4,5,8,15 3:5
  9:8,10 34:1,3
  34:13,23
**visitors** 10:18,21
  10:23
**vs** 1:7

**W**

**walk-through**
  23:13
**want** 7:14 13:9
  13:13
**warranted** 29:21
**wasn't** 5:5,8 6:14
  15:23 16:9
  17:17 24:2
  26:20
**watch** 19:21
**water** 8:11
**way** 15:22 17:1
  19:11 25:14
**weekends** 7:5
**weekly** 22:16
**weeks** 11:15
**weight** 8:2,15

**went** 9:11 10:4
  11:11,25 14:25
  15:1,11,23
  28:22
**weren't** 12:16,20
**West** 9:8,10
**WESTERN** 1:1
**wet** 8:3
**We'll** 30:11
**we're** 24:20
**we've** 16:2 18:16
  27:16,20
**Winchester** 1:15
  2:8
**wing** 25:8,9
**wit** 34:1
**Witness** 3:16
  9:16,20,24
  31:2
**work** 9:6 20:8
  29:18,21
**worked** 10:4
  19:11 24:25
**worker** 12:23
**workforce** 20:9
**working** 9:7
  25:18
**worn** 14:13
**worry** 30:1
**wouldn't** 5:16
  17:14

**X**

**X** 3:14,20 4:5

**Y**

**yeah** 5:15 13:11
  16:13 21:1,23
  25:10 26:1
**year** 27:14
**years** 8:1,12,17
  8:19,23 19:18
  23:23 25:15
**year's** 23:4
**York** 10:3

**1**

**1/2** 8:19
**100** 5:5
**11:58** 1:13 2:6
  4:1
**12:22** 1:13 30:12
**13** 23:23
**14** 14:16 23:8

**141** 2:7
**15** 8:19
**16th** 19:15
**17** 8:1,12

**2**

**2AB** 25:18,19
**2,000** 14:19
**20** 31:14,20,24
**200** 3:4
**2014** 16:1 18:14
  20:10 22:6
  23:21 25:23
**2016** 1:14 2:6 4:1
  19:15 27:14
  28:20 29:7
  31:4 34:13
**2018** 34:4
**22030** 3:5
**22902** 2:15

**3**

**3rd** 34:13
**30** 1:14 2:6 4:1
  11:16 31:4
**302535** 34:22
**3050** 3:4
**31** 34:4
**32** 11:10
**32111** 1:24 31:2
  34:25
**325** 24:3

**4**

**4** 3:17
**400** 14:14
**434** 2:16

**5**

**5:15CV00061**
  1:7

**6**

**60** 22:13

**7**

**700** 24:6
**703** 3:6

**8**

**865-7480** 3:6

**9**

**913** 2:14

(fax) (434) 975-5400
production@cavalier-reporting.com

Cavalier Reporting & Videography

(direct) (434) 293-3300
www.cavalier-reporting.com

Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 35 of 36    Pageid#: 786



984-0300 2:16

(fax) (434) 975-5400
production@cavalier-reporting.com

Cavalier Reporting & Videography

(direct) (434) 293-3300
www.cavalier-reporting.com

Case 5:15-cv-00061-EKD-JCH    Document 84-1    Filed 02/24/17    Page 36 of 36    Pageid#: 787