| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |  |
|---|---|---|---|---|
| *Please Read Instructions:* | TRANSCRIPT ORDER | | DUE DATE: | |
| 1. NAME<br>Alexander Francuzenko, Esq. | 2. PHONE NUMBER<br>(703) 865-7480 | | 3. DATE<br>11/30/2018 | |
| 4. DELIVERY ADDRESS OR EMAIL<br>alex@cookcraig.com; 3050 Chain Bridge Rd. Ste 200 | 5. CITY<br>Fairfax | | 6. STATE<br>VA | 7. ZIP CODE<br>22030 |
| 8. CASE NUMBER<br>5:15-cv-0061 | 9. JUDGE<br>Elizabeth K. Dillon | DATES OF PROCEEDINGS | | |
| | | 10. FROM 11/29/2018 | 11. TO 11/29/2018 | |
| 12. CASE NAME<br>Prison Legal News v. N.W. Regional Jail Authority, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Harrisonburg | 14. STATE VA | |

15. ORDER FOR
☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☒ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) ENTIRE TRIAL | NOVEMBER 29, 2018 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☒ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| | CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | | | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE | | | | PROCESSED BY | |
| 19. DATE<br>11/30/2018 | | | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | | | COURT ADDRESS | |
| | | DATE | BY | | |
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | 0.00 |
| DISTRIBUTION | COURT COPY | TRANSCRIPTION COPY | ORDER RECEIPT | ORDER COPY | |

Case 5:15-cv-00061-EKD-JCH  Document 107  Filed 11/30/18  Page 1 of 1  Pageid#: 1028