CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
9/30/2019
JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:15-cv-00061 |
| ) | |
| NORTHWESTERN REGIONAL JAIL ) | By: Elizabeth K. Dillon |
| AUTHORITY, *et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

**ORDER AND FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that:

1. Prison Legal News (PLN) is granted judgment against Northwestern Regional Jail Authority (NRJA) on its First Amendment claim in Count I;

2. PLN is granted judgment against NRJA and James F. Whitley on its due process claim in Count II;

3. PLN is awarded $669.12 in compensatory damages for the First Amendment violation: $197.12 in cost damages, and $472.00 in presumed damages; and

4. PLN is awarded $472.00 in compensatory damages for the due process violation.

It is further DECLARED that Northwestern Regional Adult Detention Center's (NRADC) April 1, 2014 policy prohibiting prisoners from receiving books or magazines "through the mail, directly from the publisher, or from a distribution source," and the actions of defendants pursuant thereto, violated PLN's First and Fourteenth Amendment rights.

Entered: September 30, 2019.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge