**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

PRISON LEGAL NEWS, a project of
HUMAN RIGHTS DEFENSE CENTER, a
Washington not-for-profit organization

         Plaintiff,                         Case No. 5:15-cv-00061-EKD-JCH

    vs.

NORTHWESTERN REGIONAL JAIL
AUTHORITY *et al*.,

         Defendants.

---

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

    COMES NOW Plaintiff, PRISON LEGAL NEWS ("PLN"), a project of the Human Rights

Defense Center, through undersigned counsel, and hereby files its Motion for Attorneys' Fees and

Costs, and in support submits Declarations with exhibits and a Memorandum of Support.

                                 Respectfully submitted,

                                 /s/Masimba Mutamba
                                 Masimba M. Mutamba, Fla. Bar No. 102772*
                                 Human Rights Defense Center
                                 P.O. Box 1151
                                 Lake Worth, FL 33460
                                 (561) 360-2523
                                 Email: mmutamba@humanrightsdefensecenter.org

                                 * Admitted *pro hac vice*

                                 Jeffrey E. Fogel, VSB #75643
                                 913 E. Jefferson Street
                                 Charlottesville, VA 22902
                                 (434) 984-0300 (Tel)
                                 (434) 220-4852 (Fax)
                                 Email: jeff.fogel@gmail.com

                                 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I delivered a true and accurate copy of the above and foregoing to the

following on this 16th day of December 2019 via ECF:

Alexander Francuzenko
Philip Corliss Krone
Andrew Jules Tureaud
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030

/s/Masimba Mutamba
Masimba M. Mutamba